IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESLIE CLOSNER,

    Petitioner,                      No. CIV S-08-1313 JAM EFB P

    vs.

BRIAN BELLEQUE,

    Respondent.                    ORDER

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 25, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner filed objections on December 12, 2008, and amended objections on December 29, 2008. As directed by this court on January 29, 2009, respondent filed a response to petitioner's amended objections on February 6, 2009.

////

////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 25, 2008, are adopted in full;

2. Respondent's August 21, 2008, motion to dismiss is granted;

3. This action is dismissed as untimely; and

4. The Clerk is directed to close the case.

DATED: March 18, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE